[No. 40134-7-II.  Division Two.  April 5, 2011.]

BARBARA K. FORD, *Appellant*, v. MASON COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-2-02769-1, Carol Murphy, J., entered December 10, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Worswick, A.C.J., concurred in by Hunt and Van Deren, JJ.

[No. 40220-3-II.  Division Two.  April 5, 2011.]

*In the Matter of the Committed Intimate Relationship of* GARY INGRAM, *Respondent*, and MARIJO RIDDLE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-2-30664-7, Christine A. Pomeroy, J., entered December 15, 2009. *Reversed* and *remanded* by unpublished opinion per Worswick, A.C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 41007-9-II.  Division Two.  April 5, 2011.]

U.S. BANK, NA, *as Trustee, Respondent*, v. LELA CROSS ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-2-02176-4, Gary R. Tabor, J., entered July 28, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Hunt, J.

[No. 26789-0-III.  Division Three.  April 5, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDERICK DAVID RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 01-1-00083-1, David Frazier, J., entered January 2, 2008. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Brown, JJ.